IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE MERVIN JOHNSON,

        Petitioner,                   No.  2:  12-cv-2339 JAM JFM

    vs.

B. GOWER,

        Respondent.                 ORDER

                                /

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The application attacks a conviction issued by the Los Angeles County Superior Court.  Currently pending before the court is respondent's motion to transfer the application for writ of habeas corpus to the Central District of California.  While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County.  See id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2  1. Respondent's motion to transfer (Dkt. No. 12.) is GRANTED; and

3  2. This matter is transferred to the United States District Court for the Central
4  District of California.

5  DATED: December 19, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

14
john2339.108